## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN

| | |
|---|---|
| AMSTED RAIL COMPANY, INC., and ASF-K DE MEXICO S. DE R.I. DE C.V., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, U.S. SECRETARY OF COMMERCE GINA M. RAIMONDO, in her official capacity, and UNITED STATES, <br><br> Defendants, <br><br> and <br><br> COALITION OF FREIGHT RAIL PRODUCERS, <br><br> Defendant-Intervenor. | Court No. 1:22-cv-00316 |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Rule 12(b)(1) and 12(b)(6) of the Rules of this Court, defendants, the U.S. Department of Commerce, U.S. Secretary of Commerce, Gina Raimondo, and the United States, file this motion to dismiss the amended complaint, filed on November 18, 2022. *See* Conf. Am. Compl., ECF No. 35 (Nov. 18, 2022); Am. Compl. ECF No. 36 (Nov. 18, 2022). In support of this motion, defendants rely on the grounds set forth in the memorandum accompanying Defendants' Motion To Dismiss, ECF No. 24-2 (Nov. 9, 2022), and further set forth in Defendants' Reply In Support of Motion To Dismiss, ECF No. 37 (Nov. 23, 2022).

WHEREFORE, defendants respectfully request that this Court enter an order dismissing the plaintiffs' amended complaint for lack of jurisdiction, or, in the alternative, for failure to state a claim.

          Respectfully submitted,

          BRIAN M. BOYNTON
          Principal Deputy Assistant Attorney General

          PATRICIA M. MCCARTHY
          Director

          /s/ Claudia Burke
          CLAUDIA BURKE
          Assistant Director

OF COUNSEL

BRISHAILAH BROWN
Attorney
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. Department of Commerce

/s/ Emma E. Bond
Emma E. Bond
Trial Attorney
U.S. Department of Justice
Civil Division
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-2034
Email: Emma.E.Bond@usdoj.gov

November 23, 2022          *Attorneys for Defendants*

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN

| | |
|---|---|
| AMSTED RAIL COMPANY, INC., and ASF-K DE MEXICO S. DE R.I. DE C.V., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, U.S. SECRETARY OF COMMERCE GINA M. RAIMONDO, in her official capacity, and UNITED STATES, <br><br> Defendants, <br><br> and <br><br> COALITION OF FREIGHT RAIL PRODUCERS, <br><br> Defendant-Intervenor. | Court No. 1:22-cv-00316 |

## **ORDER**

Upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, all papers submitted with respect to Defendants' Motion to Dismiss plaintiffs' original complaint, and all other papers and proceedings herein, it is hereby

ORDERED that the defendants' motion is granted, and it is further

ORDERED that this case is dismissed; and it is further

ORDERED that all other pending motions, including plaintiffs' motion for preliminary injunction, are hereby denied as moot.

_____
The Honorable Gary S. Katzmann, Judge
United States Court of International Trade

Dated: _____, 2022
New York, New York