UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMSTED RAIL COMPANY, INC. and ASF-K DE MEXICO S. DE R.L. DE C.V., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, SECRETARY GINA M. RAIMONDO, in her official capacity, and UNITED STATES, <br><br> Defendants, <br><br> and <br><br> COALITION OF FREIGHT RAIL COUPLER PRODUCERS, <br><br> Defendant-Intervenor. | Before: Judge Gary S. Katzmann <br> Court No. 22-00316 |

**ORDER**

The Court determined that it did not have subject matter jurisdiction in <u>Amsted Rail Co. v. International Trade Commission</u>, No. 22-00307 (CIT Nov. 15, 2022), which is now on appeal before the U.S. Court of Appeals for the Federal Circuit. <u>See</u> No. 23-1355 (Fed. Cir. docketed Jan. 10, 2023) (the "Related Case"). Having considered the issues raised in Plaintiffs' Motion for Preliminary Injunction, Defendants' Motion to Dismiss, Defendant-Intervenor's Motion to Dismiss, and all other papers filed and proceedings in this action, the Court concludes that the Federal Circuit's upcoming decision in the Related Case is likely to be controlling on the issues raised in the instant case. It is hereby:

**ORDERED** that the above-captioned proceeding is **STAYED** pending the final resolution of all appellate review proceedings in <u>Amsted Rail Co. v. International Trade Commission</u>, No. 23-1355 (Fed. Cir. docketed Jan. 10, 2023), including any further appeal therefrom; and it is further

**ORDERED** that the parties shall submit a joint status report to the Court no later than 30 days after such final resolution.

/s/   <u>Gary S. Katzmann</u><br>Judge

Dated: February 24, 2023
      New York, New York