UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMSTED RAIL COMPANY, INC. and ASF-K DE MEXICO S. DE R.L. DE C.V., <br><br>Plaintiffs, <br><br>v. <br><br>U.S. DEPARTMENT OF COMMERCE and U.S. SECRETARY OF COMMERCE GINA M. RAIMONDO, in her official capacity, <br><br>Defendants, <br><br>and <br><br>COALITION OF FREIGHT RAIL PRODUCERS, <br><br>Defendant-Intervenor. | Before: Judge Gary S. Katzmann <br> Case No. 22-00316 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the U.S. Court of International Trade, plaintiffs Amsted Rail Company, Inc. and ASF-K de Mexico S. de R.L. de C.V. hereby give notice of their voluntary dismissal of the above-captioned action in its entirety, without prejudice. Dismissal under Rule 41(a)(1)(A)(i) is proper because no opposing party has yet served either an answer or a motion for summary judgment in this action. No counterclaims or third-party claims have been filed in this action.

| | |
|---|---|
| Dated: July 18, 2023 | Respectfully submitted, |
| | /s/ Richard P. Ferrin |
| | Douglas J. Heffner |
| | Brian P. Perryman |
| | Richard P. Ferrin |
| | Carolyn Bethea Connolly |
| | FAEGRE DRINKER |
| | BIDDLE & REATH LLP |
| | 1500 K Street, NW, Suite 1100 |
| | Washington, DC 20005 |
| | Tel: (202) 230-5000 |
| | *Counsel for Plaintiffs* |
| | *Amsted Rail Company, Inc. and* |
| | *ASF-K de Mexico S. de R.L. de C.V.* |

US.358567681.01